**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT ROTH,<br><br>       Plaintiff,<br><br>v.<br><br>ARQULE, INC., PATRICK J. ZENNER, TIMOTHY C. BARABE, SUSAN L. KELLEY, RONALD M. LINDSAY, MICHAEL D. LOBERG, WILLIAM MESSENGER, RAN NUSSBAUM, PAOLO PUCCI, MERCK SHARP & DOHME CORP., and ARGON MERGER SUB, INC.,<br><br>       Defendants. | Case No. 1:20-cv-10007 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Robert Roth ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 31, 2020

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
             stornatore@zlk.com

- and -

Donald J. Enright (to be admitted pro hac vice)

                Elizabeth K. Tripodi (to be admitted pro hac vice)
                1101 30th Street, N.W., Suite 115
                Washington, DC 20007
                Tel: (202) 524-4290
                Fax: (202) 337-1567
                Email:  denright@zlk.com
                        etripodi@zlk.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2020.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
